145 So. 918

## Estell GREER v. CITY OF HUNTSVILLE.
### 8 Div. 608.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

146 So. 920

## Estal GREER v. STATE.
### 8 Div. 595.

Court of Appeals of Alabama.
Feb. 7, 1933.

SAMFORD, Judge.
Affirmed.

140 So. 925

## Adolphus B. GUNTER v. STATE.
### 4 Div. 847.

Court of Appeals of Alabama.
April 5, 1932.

BRICKEN, P. J.
Appeal dismissed.

145 So. 918

## Tom GUNTER v. STATE.
### 6 Div. 292.

Court of Appeals of Alabama.
Jan. 10, 1933.

BRICKEN, P. J.

This appeal is from a judgment of conviction for violating the state prohibition law. The defendant was duly sentenced to hard labor for the county for 175 days, and, it being made known to the trial court that this was his second conviction for a similar offense, the court added 4 months' extra hard labor.

The appeal here is rested upon the record proper; there being no bill of exceptions. Upon an examination of the record we find it regular and without error. The judgment of conviction in the circuit court is therefore affirmed.

Affirmed.

147 So. 924

## Allene GURLEY, alias Aslean Gardiner, v. STATE.
### 8 Div. 665.

Court of Appeals of Alabama.
April 4, 1933.

BRICKEN, Presiding Judge.
Affirmed.

150 So. 923

## Early HAGLER v. STATE.
### 4 Div. 984.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Affirmed.

145 So. 918

## Bryan HALE v. STATE.
### 8 Div. 639.

Court of Appeals of Alabama.
Jan. 31, 1933.

RICE, J.
Appeal dismissed.

142 So. 921

## Roy HALL v. STATE.
### 8 Div. 545.

Court of Appeals of Alabama.
June 7, 1932.

BRICKEN, P. J.
Affirmed.